**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: T.I.M., A MINOR | : No. 2 MAL 2023 |
| | : |
| | : |
| PETITION OF: T.M. AND S.M., PARENTS | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.